FELICE JOHN VITI, Acting United States Attorney (#7007)
MARGOT JOHNSON, Assistant United States Attorney (#16513)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 524-5682  •  Facsimile:  (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CRYSTIAN GUSTAVO SANTOS-CAMPOS, Defendant. | Case No.  2:25-mj-00889 DBP COMPLAINT Chief Magistrate Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, Chief United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### 8 U.S.C. § 1326
### Reentry of a Previously Removed Alien

On or about September 24, 2025, in the District of Utah,

CRYSTIAN GUSTAVO SANTOS-CAMPOS,

the defendant herein, an alien who on or about June 6, 2015, June 16, 2015, June 23, 2015, and July 13, 2018, was excluded, removed, and deported from the United States,

1

did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326(a).

This complaint is made based on an investigation consisting of the following:

1. I, Eric Daugaard, am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), assigned to the Salt Lake City Field Office. I have been employed as a Deportation Officer with ERO, since 2018. Your affiant attended and graduated from US Customs and Border Protection, US Border Patrol Academy, the ICE Operations Training Program, and ICE Deportation Officer Field Operations Training Program - Prosecutions. I began my law enforcement career in 2002 and was employed as a Police Officer with the United States Navy for nine (9) years where I was responsible for enforcing federal laws, conducting traffic stops, responding to emergency calls for service, investigating criminal activity, and promoting public safety within the community. In 2011, I joined U.S. Customs and Border Protection (CBP) as a Border Patrol Agent, where I was responsible for detecting, preventing, and apprehending individuals attempting to illegally enter or smuggle contraband into the United States between ports of entry. I performed patrol duties along the border, conducted field interviews, and worked to uphold federal immigration and customs laws. Altogether, I have over twenty-two (22) years of law enforcement experience with fourteen (14) of those years working immigration related offenses. Further, as a Deportation Officer with ERO, I am responsible for identifying, arresting, detaining, and removing individuals who are subject to enforcement under the Immigration and Nationality Act, this includes enforcing federal immigration and criminal statutes, including Title 8 United States Code, Section 1326.

2. This affidavit does not contain all of the information known to me or to law enforcement regarding this investigation but rather contains only those facts believed to be necessary to obtain authorization to arrest CRYSTIAN GUSTAVO SANTOS-CAMPOS.

3. Information developed to date as a result of my investigation and the investigation of others revealed the following:

a. CRYSTIAN GUSTAVO SANTOS-CAMPOS is not a citizen or national of the United States. He is a native and citizen of Mexico.

b. CRYSTIAN GUSTAVO SANTOS-CAMPOS was removed from the United States to Mexico on June 6, 2015, June 16, 2015, June 23, 2015, and July 13, 2018.

c. After CRYSTIAN GUSTAVO SANTOS-CAMPOS's removal, he knowingly reentered the United States and on September 24, 2025, he was knowingly present and was found in Summit County, Utah.

d. CRYSTIAN GUSTAVO SANTOS-CAMPOS never applied to the Attorney General or the Secretary of the Department of Homeland Security for permission to re-enter the United States after having been removed.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for CRYSTIAN GUSTAVO SANTOS-CAMPOS for a violation of 8 U.S.C. §1326(a).

_____
ERIC D DAUGAARD
Digitally signed by ERIC D DAUGAARD
Date: 2025.09.24 14:23:40 -06'00'

Affiant
Eric Daugaard
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations

SUBSCRIBED AND SWORN to before me via video teleconference this 24th day of September 2025.

_____
Judge Dustin Pead
Chief Magistrate Judge, District of Utah

APPROVED:

FELICE JOHN VITI
Acting United States Attorney

_____
Margot Johnson, Assistant United States Attorney